UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:12-CR-100-F

| UNITED STATES OF AMERICA | |
|---|---|
| v. | ORDER TO SEAL |
| ISA HARNETT | |

On motion of the Defendant, Isa Harnett, and for good cause shown, it is hereby ORDERED that the [D.E. #50] be sealed until further notice by this Court.

IT IS SO ORDER.

This __8__ day of August, 2013.

_____
JAMES C. FOX
Senior United States District Judge