UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Isa Harnett						Docket No. 5:12-CR-100-1BO

Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Isa Harnett, who, upon an earlier plea of guilty to Possession With Intent to Distribute 28 Grams or More of Cocaine Base (Crack), was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 15, 2013, to the custody of the Bureau of Prisons for a term of 72 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 48 months. On March 23, 2015, pursuant to 18 U.S.C. § 3582(c)(2), the term of imprisonment was reduced to 60 months.

Isa Harnett was released from custody on June 17, 2016, at which time the term of supervised release commenced. On December 15, 2017, a Violation Report was filed advising that on November 30, 2017, the defendant tested positive for marijuana. The defendant was removed from the Low Intensity Caseload, enrolled in the Surprise Urinalysis Program, and was referred for a substance abuse assessment.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On February 6, 2018, and February 15, 2018, the defendant tested positive for marijuana. Harnett signed an Admission Form admitting to his drug use. Based on this drug use, this probation officer recommends participation in the DROPS Program, beginning at the second use level. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. While under supervision in the Eastern District of NC, the defendant shall participate in the DROPS Program and, in response to detected illegal drug use, shall be confined in the custody of the Bureau of Prisons for a period not to exceed 30 days of intermittent confinement, as arranged by the probation office, in the following increments: First Use - Two Days; Second Use - Five Days; Third Use - Ten Days. The defendant shall begin the DROPS Program in the second use level.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,					I declare under penalty of perjury that the foregoing is true and correct.

/s/ Michael C. Brittain					/s/ Timothy L. Gupton
Michael C. Brittain					Timothy L. Gupton
Supervising U.S. Probation Officer			U.S. Probation Officer
							310 New Bern Avenue, Room 610
							Raleigh, NC 27601-1441
							Phone: 919-861-8686
							Executed On: February 21, 2018

Isa Harnett
Docket No. 5:12-CR-100-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __22__ day of __February__, 2018, and ordered filed and made a part of the records in the above case.

_/s/ Terrence Boyle_
Terrence W. Boyle
U.S. District Judge